35 A.3d 1215

Gregory STOVER, Petitioner

v.

WARDEN OF GREENROCK CORRECTIONAL
DEPARTMENT OF GREENROCK,
Respondent.

No. 107 EM 2011.

Supreme Court of Pennsylvania.

Jan. 25, 2012.

## ORDER

PER CURIAM.

AND NOW, this 25th day of January, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.